# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL I. SPURLOCK,<br>　　Plaintiff, | : <br> : <br> : | Case No. 1:18-cv-404 <br><br> Judge Timothy S. Black |
| vs. | : <br> : | Magistrate Judge Karen L. Litkovitz |
| COMMISSIONER OF SOCIAL SECURITY,<br>　　Defendant. | : <br> : <br> : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 19)
## AND TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on July 25, 2019, submitted a Report and Recommendation. (Doc. 19). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this case. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 19) is **ADOPTED**;

2. The Commissioner's decision is **REVERSED** and **REMANDED** for further proceedings, as set forth in the Report and Recommendation; and

3. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 8/21/2019                                              *s/ Timothy S. Black*
                                                              Timothy S. Black
                                                              United States District Judge